938 A.2d 986

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**William James ELLER, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 18, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of December, 2007, the Petition for Allowance of Appeal No. 404 MAL 2007 is **GRANTED.** The issue, rephrased for clarity, is:

Whether the Commonwealth expert offered sufficient testimony to support the trial court's finding that the Petitioner was a sexually violent predator?